IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOSEPH HOWARD STEWART, III,

    Plaintiff,

v.                                      2:22-CV-079-Z-BR

OUTLAWS,

    Defendant.

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and **DISMISSING** the civil rights complaint.

Judgment is entered accordingly.

April 12, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE